Report Date:  December 7, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2017

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Nathon Paul Olney                    Case Number: 0980 2:07CR00128-EFS-1

Address of Offender: Spokane County Jail - 1100 West Mallon Avenue, Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 15, 2009

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact, 18 U.S.C. §§ 2244(a)(5), 1151, and 1153 | |
| Original Sentence: | Prison - 130 Months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 15, 2017 |
| Defense Attorney: | Federal Defender's Officer | Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Special Condition # 21**: Defendant shall register as a sex offender, according to the laws of the state in which defendant resides, is employed, or is attending school. Defendant shall provide verification of compliance with this requirement to the supervising probation officer.<br><br>**Supporting Evidence**: On March 17, 2017, Mr. Nathon Olney signed his conditions of supervision relative to case number 2:07CR00128-EFS-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Olney was made aware by his U.S. probation officer that he was required to register as a sex offender and he was prohibited from committing another Federal, state, or local crime.<br><br>Mr. Olney is alleged to have violated mandatory condition number 2 and special condition number 21 by failing to register as a sex offender after absconding from the Spokane Residential Reentry Center and from supervised release on September 15, 2017. Mr. Olney was subsequently arrested on November 21, 2017, in Toppenish, Washington. |

On December 5, 2017, Mr. Olney was indicted relative to this matter under cause number 2:17-CR-225-EFS. The indictment alleges a violation of 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender.

5 **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On March 17, 2017, Mr. Nathon Olney signed his conditions of supervision relative to case number 2:07CR00128-EFS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Olney was made aware by his U.S. probation officer that he was not authorized to associate with convicted felons or those engaged in criminal activity unless granted permission to do so by the probation officer.

On November 21, 2017, Mr. Olney was arrested at the residence of an individual known to the U.S. Probation Office to be a convicted felon. Additionally, the party was on active supervised release status with the U.S. Probation Office out of Yakima, and was also on abscond status from his term of supervised release. According to law enforcement, both the client and the party in question were present at the residence at the time of arrest and were both taken into custody by U.S. Marshals.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

Signature of Judicial Officer

December 8, 2017

Date